| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Chief Oilfield Services, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   46-2560167

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3197 111E Avenue SW<br>Dickinson, ND 58601<br>Number, Street, City, State & ZIP Code | PO Box 183<br>South Heart, ND 58655<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Stark<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor **Chief Oilfield Services, LLC** Case number (*if known*)
 Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

 __3533__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☑ No
- ☐ Yes.

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | Chief Oilfield Services, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [✓] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [✓] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  Chief Oilfield Services, LLC
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/17/2020
MM / DD / YYYY

**X**   /s/ Leon Keator                                    Leon Keator
Signature of authorized representative of debtor          Printed name

Title   Vice President of Operations

**18. Signature of attorney**

**X**   /s/ Michael S. Raum                               Date   08/17/2020
Signature of attorney for debtor                          MM / DD / YYYY

Michael S. Raum
Printed name

Fredrikson & Byron, P.A.
Firm name

51 Broadway, Suite 400
Fargo, ND 58102-4991
Number, Street, City, State & ZIP Code

Contact phone   701-237-8200         Email address   mraum@fredlaw.com

05676 ND
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name: Chief Oilfield Services, LLC
United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AmeriPride Services Inc<br>PO BOX 2020<br>Bemidji, MN 56619-2020 | Kenny Winch<br>ar.bismarck1@ameripride.com<br>800-675-6362 | Business Debt: Goods and/or Services | | | | $19,690.96 |
| Creek Oilfield Services-Diesel LLC<br>4165 30th Ave S. Suite 102<br>Fargo, ND 58104 | Judy Smith<br>judy.smith@creekservices.com<br>701-260-0066 | Business Debt: Goods and/or Services | | | | $11,019.34 |
| Dennys Electric, LLC<br>1661 I-94 Business Loop E<br>Dickinson, ND 58602 | Kim Moser<br>kim@dennyselectricnd.com<br>701-227-0601 | Business Debt: Goods and/or Services | | | | $14,005.26 |
| Dolezal Pit, LLC<br>761 98th Ave SW<br>Dunn Center, ND 58626 | Shane Dolezal<br>dolezalranch@outlook.com<br>701-290-0944 | Business Debt: Goods and/or Services | | | | $17,343.45 |
| ENTREC Cranes & Heavy Haul Inc<br>PO Box 386<br>Dickinson, ND 58602 | Alyssa Kachelhoffer<br>AKachelhoffer@entrec.com<br>701-495-3524 | Business Debt: Goods and/or Services | | | | $480,177.17 |
| EnviroTech International<br>648 3rd Avenue SW<br>Dickinson, ND 58601 | 701-690-4320 | Business Debt: Goods and/or Services | | | | $49,000.00 |
| Etterman Sales LLC<br>1350 Hillview Forest Road<br>East Gull Lake, MN 56401 | Stephanie Etterman<br>jsetterman@hotmail.com<br>218-829-0514 | Business Debt: Goods and/or Services | | | | $10,554.46 |
| FS Solutions<br>306 Energy St<br>Williston, ND 58801 | James Renner<br>ar@jjei.com<br>701-572-7421 | Business Debt: Goods and/or Services | | | | $202,833.23 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor  Chief Oilfield Services, LLC                    Case number (if known)
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| George's Tire Shop 631 26th Ave East Dickinson, ND 58601 | Kim Olheiser georgestire@ndsupernet.com 701-225-6221 | Business Debt: Goods and/or Services | | | | $28,796.70 |
| J & J Operating, LLC 537 27th Ave E Dickinson, ND 58601 | Kayla Nelson knelson@j&joperating.com 701-225-4441 | Business Debt: Goods and/or Services | | | | $11,942.27 |
| Kenny Berger PO Box 941 Dickinson, ND 58601 | Kenny Berger 701-227-1115 | Lease Agreement with Landlord | | | | $63,000.00 |
| Little Knife Disposal, LLC 11921 HWY 200 Killdeer, ND 58640 | Shawn Kluver littleknifedisposal@gmail.com 701-690-0777 | Business Debt: Goods and/or Services | | | | $138,407.25 |
| Logo Magic Inc 2068 3rd Ave W Dickinson, ND 58601 | Kim Wanner kim@logomagicinc.com 701-483-0953 | Business Debt: Goods and/or Services | | | | $12,521.21 |
| Northwest Tire 298 21st ST East Dickinson, ND 58601 | Jeff Delzer jdelzer@nwtire.com 701-224-7277 | Business Debt: Goods and/or Services | | | | $10,483.17 |
| Omni Dispatch 304 S. Jones Blvd #801 Las Vegas, NV 89107-2623 | Michael Carter Michael.Carter@omnisolutions.biz 866-561-5540 | Business Debt: Goods and/or Services | | | | $44,350.65 |
| Peebles Kidder LLP 2020 L Street, Suite 250 Attn: Solveig M Sacramento, CA 95811 | Brittney Bausch cwebb@ndnlaw.com 916-441-2067 | Business Debt: Goods and/or Services | | | | $61,048.59 |
| Purity Oilfield Services LLC 2101 Cedar Springs Rd Dallas, TX 75201-2104 | Joshua Cook & Paul Forster mthunt@petrohunt.com 214-880-8430 | Business Debt: Goods and/or Services | Disputed | | | $730,734.38 |
| West Dakota Water PO Box 912927 Denver, CO 80291 | Harmony Behrndt harmonyb@jmacresources.com 701-774-8511 | Business Debt: Goods and/or Services | | | | $25,670.14 |

Debtor  Chief Oilfield Services, LLC
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Western Choice Cooperative  200 Rodeo Drive  Killdeer, ND 58640 | Andrew Frost  afrost@killdeercoop.com  701-764-6791 | Business Debt: Goods and/or Services | | | | $93,274.97 |
| Williston Village  c/o MacMaster, Gelter, & Siewert, Ltd  PO Box 547 323 Main Street  Absaraka, ND 58002-0547 | Abby Siewert  abby@macmasterlaw.us  701-572-8121 | Business Debt: Goods and/or Services | | | | $11,548.03 |

Airgas USA, LLC
PO Box 734445
Chicago, IL 60673-4445

American Bank Center
140 1st Ave W.
Dickinson, ND 58601

AmeriPride Services Inc
PO BOX 2020
Bemidji, MN 56619-2020

Amur
PO Box 2555
308 N. Locust St, Suite 100
Grand Island, NE 68801

Ascentium Capital LLC
23970 Hwy 59 N
Kingwood, TX 77339

Badlands Integrity Group
366 21st St
Dickinson, ND 58601

BNN North Dakota
4200 W. 115th Street, Suite 350
Leawood, KS 66211-2609

Butler Machinery Co
PO Box 9559
Fargo, ND 58106-9559

City of Killdeer
PO Box 270
Killdeer, ND 58640-0270

Creek Oilfield Services-Diesel LLC
4165 30th Ave S. Suite 102
Fargo, ND 58104

Crowley Fleck PLLP
100 West Broadway, Suite 250
Bismarck, ND 58502

Dakota Community Bank & Trust
PO Box 790408
Saint Louis, MO 63179-0408

Dakota Petroleum Services, LLC
PO Box 639
Killdeer, ND 58640

Deans Distributing
PO Box 249
Barnesville, MN 56514

Dennys Electric, LLC
1661 I-94 Business Loop E
Dickinson, ND 58602

Dolezal Pit, LLC
761 98th Ave SW
Dunn Center, ND 58626

Elkan
12048 HWY 23
Watford City, ND 58854

Energy Systems Industrial
2267 Sims Street
Dickinson, ND 58601

ENTREC Cranes & Heavy Haul Inc
PO Box 386
Dickinson, ND 58602

EnviroTech International
648 3rd Avenue SW
Dickinson, ND 58601

Erickson Trucks N Parts
75196 Petersburg Road
Jackson, MN 56143

Etterman Sales LLC
1350 Hillview Forest Road
East Gull Lake, MN 56401

Five Star Leasing, LLC
1048 Helena Avenue
Helena, MT 59601

Fleet Pride
PO Box 847118
Dallas, TX 75284-7118

Flex Fleet
2855 E. Cottonwood Pkwy, Suite 100
Salt Lake City, UT 84121

Fredericks Peebles & Patterson LLP
1900 Plaza Drive
Louisville, CO 80027

FS Solutions
306 Energy St
Williston, ND 58801

George's Tire Shop
631 26th Ave East
Dickinson, ND 58601

Green River Services LLC
PO Box 1556
Dickinson, ND 58602

INDIGO SIGNWORKS, INC
PO BOX 1476
FARGO, ND 58107-1476

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J & J Operating, LLC
537 27th Ave E
Dickinson, ND 58601

Just In Glass
316 21st St E a
Dickinson, ND 58601

Kenny Berger
PO Box 941
Dickinson, ND 58601

LBK Services LLC
PO Box 23
South Heart, ND 58655

Liquid Capital Exchange, Inc.
MacArthur Plaza
5525 N. MacArthur Blvd Ste. 625
Irving, TX 75038

Little Knife Disposal, LLC
11921 HWY 200
Killdeer, ND 58640

Logo Magic Inc
2068 3rd Ave W
Dickinson, ND 58601

Meyer Industries LLC
PO Box 1556
Dickinson, ND 58602

MGM
PO Box 261
Dickinson, ND 58602

Midwest Hose
P.O. Box 96558
Oklahoma City, OK 73143

Missouri Basin Materials
1813 Northern Plains Drive
Bismarck, ND 58504

Multimedia Sales and Marketing
c/o Braiman & Associates
215 Milwaukee Ave.
Buffalo Grove, IL 60089

Northwest Tire
298 21st ST East
Dickinson, ND 58601

Odney
PO Box 2035
Bismarck, ND 58503

Office of State Tax Commissioner
600 E. Boulevard Ave
Bismarck, ND 58505-0599

Omni Dispatch
304 S. Jones Blvd #801
Las Vegas, NV 89107-2623

On Time Sports, LLC
6702 W Fairview Ave
Boise, ID 83704

Pacific Sound
2306 Clydesdale Drive
Bismarck, ND 58503

Peebles Kidder LLP
2020 L Street, Suite 250 Attn: Solveig M
Sacramento, CA 95811

PetrOptics
13380 Braun Road
Golden, CO 80401

Prairie Auto
PO Box 1263
Dickinson, ND 58601

Pump Systems
530 25th Ave, E
Dickinson, ND 58601

Purity Oilfield Services LLC
2101 Cedar Springs Rd
Dallas, TX 75201-2104

Quality Leasing Co. Inc.
9830 Bauer Drive East
Indianapolis, IN 46280

Quality Quick Print
37 1st Ave West
Dickinson, ND 58601

Ramiro Tony Damian
PO Box 183
South Heart, ND 58655

RDO Truck Center Co.
13924 Valley Ridge Drive
Omaha, NE 68138

Red Rock Ford
2585 I94 Business Loop E
Dickinson, ND 58601

Runnings Supply, Inc
901 N. Hwy 59
Marshall, MN 56258

Safety Works, LLC
38 Sims St
Dickinson, ND 58601

Sand Creek Resources, Inc
PO Box 1684
New Town, ND 58763

Service Printers
1315 West Villard
Dickinson, ND 58601

Southwest Business Machines
564 23rd Avenue E
Dickinson, ND 58601

TEAM Professional Serivces
PO Box 720534
Norman, OK 73070

Total Safety
PO Box 654171
Dallas, TX 75265-4171

UCP Personnel Services
141 3rd Stree West, Suite 3
Dickinson, ND 58601

US Small Business Administration
409 Third St. SW
Washington, DC 20416

West Dakota Water
PO Box 912927
Denver, CO 80291

Western Choice Cooperative
200 Rodeo Drive
Killdeer, ND 58640

Williston Fire & Safety LLC
3420 2nd Avenue West
Williston, ND 58801

Williston Village
c/o MacMaster, Gelter, & Siewert, Ltd
PO Box 547 323 Main Street
Absaraka, ND 58002-0547

Winzer
P.O Box 671482
Dallas, TX 75267-1482

# United States Bankruptcy Court
## District of North Dakota

In re   Chief Oilfield Services, LLC                             Case No.
                                      Debtor(s)                  Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Chief Oilfield Services, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 17, 2020                              /s/ Michael S. Raum
Date                                         Michael S. Raum
                                             Signature of Attorney or Litigant
                                             Counsel for   Chief Oilfield Services, LLC
                                             Fredrikson & Byron, P.A.
                                             200 S Sixth St, Ste 4000
                                             Minneapolis, MN 55402
                                             612.492.7000 Fax:612.492.7077
                                             mraum@fredlaw.com